UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
HUANJIAN XIONG,

                    Petitioner(s).

           -against-

DR. J. JADDOU, et al.

                    Respondent(s).
------------------------------------------------------------X

22 civ 4359 (JGK)

**ORDER**

**JOHN G. KOELTL, DISTRICT JUDGE:**

    A petition for writ of mandamus has been filed with the Court.

    It is hereby ordered that the Government shall answer the petition by **August 1, 2022.**

    A conference in this matter will be held on **Tuesday, August 9, 2022, at 4:30pm.** Dial-in: **888 363-4749.** Access code: **8140049.**

**SO ORDERED.**

                                                                 JOHN G. KOELTL
                                                 UNITED STATES DISTRICT JUDGE

Dated: New York, New York
         June 2, 2022